UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL                JS-6

| | | | |
|---|---|---|---|
| Case No. | **SA CV 23-2148-TJH(SPx)** | Date | NOVEMBER 20, 2024 |
| Title | Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 98.149.82.175 | | |

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

None Present                                     None Present

**Proceedings:**         In Court      X    In Chambers      X    **Counsel Notified**

The case is ordered closed pursuant to the Notice of dismissal filed on November 15, 2024 [15]. All pending hearings and motions are now taken off calendar and vacated.

Please ENTER JS-6.

IT IS SO ORDERED.

cc: all parties

CV-90                    **CIVIL MINUTES - GENERAL**    Initials of Deputy Clerk YS